# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANINE BANKS, *et al.*, | : Civil No. 3:19-CV-01617 |
| Plaintiffs, | : |
| v. | : |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | : |
| Defendant. | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 26th day of October, 2020, for the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Defendant's partial motion to dismiss (Doc. 72) is **GRANTED**.

2. Plaintiffs' unjust enrichment claim is **DISMISSED WITH PREJUDICE**.

3. Plaintiffs' bad faith claim remains dismissed for the reasons set forth in the court's previous opinion. (*See* Doc. 66 at 21–26.)

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania