UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Janine Banks, individually and as class representative on behalf of others similarly situated,<br><br>and<br><br>Spine Surgery Associates and Ambulatory Surgical Center of Somerset, individually and as class representatives on behalf of others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>Allstate Fire and Casualty Insurance Company,<br><br>    Defendant. | CIVIL ACTION<br><br>Civil No. 19-CV-01617-JPW<br><br>Hon. Jennifer P. Wilson, U.S.D.J. |

**MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AND CONDITIONAL CLASS CERTIFICATION**

Plaintiffs, through their counsel, the Kannebecker Law Firm and Cohen, Placitella & Roth, P.C., move pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(e), for the entry of the proposed Preliminary Approval Order.

The proposed order seeks: (1) preliminary approval of the Settlement; (2) leave to file the proposed Fourth Amended Complaint;[1] (3) conditional class certification of the "Insured Class" and the "Health Care Provider Class"; (4) the appointment of Plaintiffs Janine Banks, Spine Surgery Associates, and the Ambulatory Surgical Center of Somerset as representatives of the Classes; (5) the appointment of Charles T. Kannebecker, Derek B. Smith, Christopher M. Placitella, Michael Coren, and Eric S. Pasternack, as well as the Law Offices of Charles Kannebecker and Cohen Placitella & Roth, P.C., as class counsel; (6) preliminary approval of the plan of distribution; (7) appointment of Epiq Systems, Inc. ("Epiq") as the Claims Administrator; (8) appointment of Epiq as the Notice Agent; (9) the setting of certain deadlines regarding notice to the putative Classes and claims administration to implement the proposed plan of distribution; (10) scheduling of the date for the Fairness Hearing as well as deadlines

---

[1] The proposed Fourth Amended would name the following Allstate Companies as defendants: Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Encompass Home and Auto Insurance Company, Encompass Insurance Company of America, Esurance Insurance Company, and Esurance Property and Casualty Insurance Company.

for putative Settlement Class Members to opt-out of or object to the Settlement; (11) establishing the Settlement Fund; (12) approval of the Notice Plan and authorization to issue notice; (13) the stay of this Action except as necessary to implement the Settlement or to comply with the Preliminary Approval Order, as well as any other matter by any putative Settlement Class Member or anyone who purports to act on their behalf unless and until the Settlement Class Member's Opt-Out becomes effective on the date this Court grants Final Approval of the Settlement Agreement, approval of the Settlement Agreement is denied, or the Settlement Agreement is otherwise terminated.

1. The terms of the Settlement are set forth in the Settlement Agreement dated February 15, 2023 (Exhibit A to the Declaration of Michael Coren).
2. The relief sought in this Motion is supported by:
    a. Memorandum of Law in Support of Preliminary Approval of the Class Action Settlement;
    b. The Declaration of Michael Coren, Esq., including the exhibits attached thereto.

3. Plaintiffs' Counsel have conferred with Defendants' Counsel who assent to the Motion and its requested relief.

WHEREFORE, Plaintiffs, with the assent of Defendant and the other Allstate Companies, request that the Court enter the proposed Preliminary Approval Order.

>Respectfully,
>
>**/s/**  Charles T. Kannebecker
>**Law Offices of Charles T. Kannebecker**
>CHARLES T. KANNEBECKER
>DEREK SMITH*
>104 West High Street
>Milford, PA 18337
>(570) 296-6471
>kannebecker@wskllawfirm.com
>smith@kannebeckerlaw.com
>
>/s/ *Michael Coren*
>CHRISTOPHER M. PLACITELLA*
>MICHAEL COREN
>ERIC S. PASTERNACK
>2001 Market St., Suite 2900
>Philadelphia, PA 19103
>(215) 567-3500
>cplaictella@cprlaw.com
>mcoren@cprlaw.com
>epasternack@cprlaw.com
>**Attorneys for Plaintiffs and the Putative Settlement Classes**
>*pro hac vice* application pending

Dated: March 13, 2023