UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Janine Banks, individually and as class representative on behalf of others similarly situated, <br><br> and <br><br> Spine Surgery Associates and Ambulatory Surgical Center of Somerset, individually and as class representatives on behalf of others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> Allstate Fire and Casualty Insurance Company, <br><br> Defendant. | CIVIL ACTION <br><br> Civil No. 19-CV-01617-JPW <br><br> Hon. Jennifer P. Wilson, U.S.D.J. |

**MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND THE PETITION FOR ATTORNEY'S FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**

Plaintiffs, through their counsel, The Kannebecker Law Firm and Cohen, Placitella & Roth, P.C., move pursuant to Federal Rules of Civil Procedure 23, for the entry of the proposed Final Approval Order.

The proposed order seeks: (1) certification the Insured Class and the Health Care Provider Class; (2) appointment of Class Counsel and the Class Representatives; (3) the grant of final approval of the Class Action Settlement; (4)

a declaration that the Notice Plan as designed and implemented is the best notice practicable under the circumstances and satisfies Rule 23 of the Federal Rules of Civil Procedure and the United States Constitution; (4) authorization for the Claims Administrator to administer all claims pursuant to the Class Action Settlement Agreement and the Preliminary and Final Approval Orders; (5) the dismissal of all Released Claims against the Released Parties pursuant to Paragraph 5.1 of the Settlement Agreement except as to any Settlement Class Member that submitted a valid and timely opt-out; (6) the award of $700,000 in attorneys' fees and litigation expenses that the Allstate Companies have agreed to pay over and separate from the Settlement Fund; and (7) the award of two class representative service awards of $5,000 with Plaintiff Banks receiving one and Plaintiffs SSA and ASCS jointly receiving the other.

1. The terms of the Settlement are set forth in the Settlement Agreement dated February 15, 2023 (Exhibit A to the Declaration of Michael Coren).
2. The relief sought in this Motion is supported by:
    a. Memorandum of Law in Support of Final Approval of the Class Action Settlement and the Petition for Attorney's Fees, Reimbursement of Litigation Expenses, and Class Representative Service Awards;

b. The Declaration of Michael Coren, Esq., including the exhibits attached thereto.

3. Plaintiffs' Counsel have conferred with Defendants' Counsel who assent to the Motion and its requested relief.

WHEREFORE, Plaintiffs, with the assent of the Allstate Defendanst, request that the Court enter the proposed Final Approval Order.

Respectfully submitted,

**/s/** Charles T. Kannebecker
**Law Offices of Charles T. Kannebecker**
CHARLES T. KANNEBECKER
DEREK SMITH
104 West High Street
Milford, PA 18337
(570) 296-6471
kannebecker@wskllawfirm.com
smith@kannebeckerlaw.com

/s/ *Michael Coren*
**Cohen, Placitella & Roth, P.C.**
CHRISTOPHER M. PLACITELLA
MICHAEL COREN
ERIC S. PASTERNACK
2001 Market St., Suite 2900
Philadelphia, PA 19103
(215) 567-3500
cplaictella@cprlaw.com
mcoren@cprlaw.com
epasternack@cprlaw.com

**Attorneys for Plaintiffs and the Settlement Classes**

Dated: August 28, 2023